PAMELA S. HOWLAND
Idaho State Bar No. 6177
JENNIFER M. WALRATH
Idaho State Bar No. 10893
IDAHO EMPLOYMENT LAWYERS, PLLC
112 W. Main Street, Suite 105
Boise, ID 83702
Telephone: (208) 484-8921
Facsimile:  (208) 534-7445
Email: phowland@idemploymentlawyers.com
Email: jwalrath@idemploymentlawyers.com

Attorneys for Defendants City of Mountain Home and Mountain Home City Police

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| NATALIE ROGERS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF MOUNTAIN HOME, MOUNTAIN HOME CITY POLICE, and JOHN/JANE DOES I-V, whose true identities are unknown,<br><br>Defendants. | Case No. CV 20-401<br><br>**NOTICE OF REMOVAL** |

TO:        Clerk of the Court

AND TO:   Natalie Rogers, Plaintiff

AND TO:   Jason R.N. Monteleone and Shawnee Perdue, Attorneys for Plaintiff

Defendants City of Mountain Home, Idaho, and Mountain Home City Police, by and through their counsel, Idaho Employment Lawyers, PLLC, hereby remove this action to this Court from the District Court for the Fourth Judicial District of the State of Idaho, in and for the

NOTICE OF REMOVAL - 1

County of Elmore, on the grounds of federal question jurisdiction. 28 U.S.C. §§ 1331, 1367, 1441(a). This Court has original jurisdiction pursuant to 28 U.S.C. § 1331 and supplemental jurisdiction over related state claims pursuant to 28 U.S.C. § 1367. Removal is timely and this matter should be removed.

Pursuant to 28 U.S.C. § 1446(a), Defendant submits the following:

**State Court Proceedings**

1. Plaintiff filed a Complaint against Defendant on May 21, 2020, in the District Court for the Fourth Judicial District of the State of Idaho ("Elmore County District Court"). A true and correct copy of the docket in the state court proceedings (the "Docket") is attached hereto as Exhibit A

2. Plaintiff served Defendant with the original Complaint. Declaration of Pamela S. Howland, dated August 14, 2020 ("Howland Decl."), at ¶ 3. A true and correct copy of the Complaint is attached hereto as Exhibit B.

3. On July 16, 2020, Plaintiff served Defendant with the summons and complaint. A true and correct copy of the summons is attached hereto as Exhibit C.

4. The Complaint contains one cause of action which alleges the following: (1) violation of the Idaho Human Rights Act; and (2) violation of the Americans with Disabilities Act ("ADA"). *See* Ex. B at ¶¶ 30-37.

5. In the Complaint, Plaintiff makes only one set of uniform factual allegations concerning the alleged violation of the ADA and the alleged violation of the Idaho Human Rights Act. *See* Ex. b, Compl. at ¶¶ 30-37. Plaintiff's factual allegations concerning each alleged violation are identical such that, other than the applicable law, the claims are indistinguishable. *See id.*

6. As of the filing of this Notice of Removal, no further proceedings have been had in state court. Ex. A, Docket. Defendants have not yet answered or filed any other responsive pleadings in the state court action. Howland Decl. at ¶ 4.

## Removal

7. This Court has original jurisdiction over this civil action because, based on the Complaint, Plaintiff is pursuing a claimed violation of the ADA, which arises under the laws of the United States. 28 U.S.C. § 1331.

8. This Court has supplemental jurisdiction over Plaintiff's claimed violation of Idaho state law because the alleged violation of the Idaho Human Rights Act is so related to Plaintiff's claim under the ADA as to be part of the same case or controversy. 28 U.S.C. § 1367.

9. This Court is the appropriate venue for removal because it is the federal district court for the district and division where the above-described Elmore County state court case is pending. *See* 28 U.S.C. § 1441(a). This Notice of Removal is being timely filed within 30 days of service, when Defendant was served a copy of the Complaint and Summons upon which this removal is based. *See* 28 U.S.C. §§ 1441(a), 1446.

10. As required by 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being filed with the Elmore County District Court as an attachment to a pleading entitled, "Notice to State Court of Removal to Federal Court."

11. As required by 28 U.S.C. § 1446(d), and as affirmed in the attached Declaration of Service, Defendant has served Plaintiff with this Notice of Removal and with its Notice to State Court of Removal to Federal Court.

DATED this 14th day of August, 2020.

          IDAHO EMPLOYMENT LAWYERS PLLC

          /s/ __PAMELA S. HOWLAND___
          PAMELA S. HOWLAND

          Attorneys for Defendants City of Mountain Home
          and Mountain Home City Police

NOTICE OF REMOVAL - 4

## DECLARATION OF SERVICE

I HEREBY CERTIFY that on the 14th day of August, 2020, I filed the foregoing NOTICE OF REMOVAL electronically through the CM/ECF system, and caused a true and correct copy of the foregoing to be served upon the following person(s) via electronic mail:

Jason R.N. Monteleone
Shawnee Perdue
JOHNSON & MONTELEONE, L.L.P.
350 N. 9th Street, Suite 500
Boise, Idaho 83702
Telephone: (208) 331-2030
Facsimile: (208) 947 -2424
Email: jason@treasurevalleylawyers.com
Email: shawnee@treasurevalleylawyers.com

                                            /s/   PAMELA S. HOWLAND
                                            PAMELA S. HOWLAND

NOTICE OF REMOVAL - 5